456 A.2d 984

**COMMONWEALTH of Pennsylvania**

v.

**Arnold KING, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 28, 1983.

Decided March 11, 1983.

Joseph Bongiovanni, III, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael L. Turner, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, and ZAPPALA, JJ.

338

ORDER

PER CURIAM.

The petition to amend the notice of appeal is hereby granted.

Judgments of Sentence affirmed.